UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
              :

IN RE NON-JUDICIAL CIVIL FORFEITURE    :
PROCEEDING REGARDING $60,000 IN      :     STIPULATION AND ORDER
UNITED STATES CURRENCY SEIZED ON   :
OR ABOUT JANUARY 5, 2024           :     24 Misc. 241
              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about January 5, 2024, Department of Homeland Security-Investigations ("HSI") seized $60,000 in United States currency (the "Seized Property") from Richard Aybar (the "Claimant") on or about January 5, 2024, and the United States Customs and Border Protection ("CBP") initiated an administrative forfeiture proceeding against the Seized Property, pursuant to Title 21, United States Code, Section 881, by timely sending written notice of its intent to forfeit the Seized Property to all known interested parties;

WHEREAS, on February 26, 2024, the CBP received a claim from the Claimant asserting an interest in the Seized Property;

WHEREAS, the CBP subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

WHEREAS, no other party has claimed an interest in the Seized Property;

WHEREAS, Title 18, United States Code, Section 983(a)(3)(A) provides that, "not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to title 18, United States Code, Section 983(a)(3), the United States was required to file a civil complaint to forfeit the Seized Property no later than May 26, 2024;

WHEREAS, the Claimant, through counsel, Joshua Dayan, Esq. has consented to a 45-day extension of the deadline for the Government to file a complaint against the Seized Property;

WHEREAS, Joshua Dayan, Esq., attorney for the Claimant, represents and warrants that he is authorized to execute this Stipulation on behalf of his client, Richard Aybar; and

WHEREAS, the Government requests an extension of 45 days to file a complaint from May 26, 2024 to July 10, 2024;

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the

aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that

the time in which the Government is required to file a complaint for forfeiture of the Seized

Property is extended from May 26, 2024, up to and including July 10, 2024.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          May 24, 2024
    Matthew King                               _____
    Assistant United States Attorney           DATE
    26 Federal Plaza
    New York, New York 10278
    (212) 637-2384


By: _____          May 27, 2024
    Joshua Dayan, Esq.                         _____
    Attorney for Claimant                      DATE
    Dayan Law Firm
    80-02 Kew Gardens Rd.
    Kew Gardens, New York 11415
    (718)-268-9400


SO ORDERED:


_____          _____
UNITED STATES DISTRICT JUDGE              DATE
SOUTHERN DISTRICT OF NEW YORK